| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Peter M. Lively, 162686<br>Ilya B. Volk, 272407<br>Law Office of Peter M. Lively<br>11268 Washington Blvd., Suite 203<br>Culver City, CA 90230-4647<br>Telephone: (310) 391-2400<br>Facsimile: (310) 391-2462<br>Peter@PeterMLively.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Francis Estuardo Recinos | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>FRANCIS ESTUARDO RECINOS<br><br><br><br>Debtor(s). | CASE NO.: 2:14-bk-16902-SK<br>CHAPTER: 7<br><br>**APPLICATION FOR ORDER SETTING**<br>**HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |
|---|---|

1. Movant applies under LBR 9075-1(b) for an order setting a hearing on shortened notice on the following motion:

    a. Title of motion: <u>Debtor's Motion for an Order Vacating Dismissal Order</u>

    b. Date of filing of motion: <u>5/9/2014</u>

2. Compliance with LBR 9075-1(b)(2)(A): (***The following three sections must be completed***):

    a. Briefly specify the relief requested in the motion:

    Debtor requests that this Court vacate the dismissal order entered on May 8, 2014 due to an erroneously unfiled document.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012          Page 1          F 9075-1.1.APP.SHORT.NOTICE

    b.  Identify the parties affected by the relief requested in the motion:

        No parties will be adversely affected by the relief requested in this motion.

    c.  State the reasons necessitating a hearing on shortened time:

        Debtor filed his bankruptcy case to stop a wage garnishment. Debtor's case was dismissed due to an errouneously unfiled document. If Debtor's Motion is not heard on shortened notice, his wages will continue to be garnshied through no fault of his own.

        The alternative remedy of filing a new case is less efficient and more costly than proceeding with this motion on shortened notice because the filing of a second case will necessitate a second court filing fee as well as a motion to continue the automatic stay.

3. Compliance with LBR 9075-1(b)(2)(B): The attached declaration(s) justifies setting a hearing on shortened notice, and establishes a *prima facie* basis for the granting of the motion.

4. Movant has lodged a proposed Order Setting Hearing on Shortened Notice on mandatory form F 9075-1.1.ORDER.SHORT.NOTICE

Date: 5/9/14

Law Office of Peter M. Lively
Printed name of law firm

_(signature)_
Signature of individual Movant or attorney for Movant

Peter M. Lively
Printed name of individual Movant or attorney for Movant

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012　　　　　　　　　　　　　　　　Page 2　　　　　　　　　　　　　F 9075-1.1.APP.SHORT.NOTICE

**Declaration of Peter M. Lively In Support of Debtors' Motions:**

**1. For Order Shortening Time for Hearing on Debtor's Motion for Order Vacating Dismissal Order; and 2) Debtor's Motion for Order Vacating Dismissal Order**

I, Peter M. Lively, declare the following of my own knowledge to which I will testify if called to do so:

1. I am counsel of record for FRANCIS ESTUARDO RECINOS a Debtor before this court in a chapter 7 case filed as an emergency petition on April 10, 2014 to stay a pending wage garnishment.

2. Prior to the petition date, Debtor was provided with a copy of the Notice of Available Chapters and my office retained his original signature on the original version of that notice.

3. I erroneously omitted Debtor's Notice of Available Chapters from his emergency petition. This is an extreme rare event for my office given that we attempt to avoid emergency filings whenever possible and typically double check that all deficiencies are cured after filing supplemental documents in cases that were commenced by emergency petition.

4. On April 23, 2014, I filed what I understood to be the remaining unfiled documents in Debtor's case to complete his filing which were entered as docket number 6. I neglected to file Debtor's Notice of Available Chapters on this date because I through I had filed it with the Debtor's emergency petition. Regrettably, I neglected to verify through ECF that all deficiencies were cured after filing what I understood to be all of the outstanding documents for Debtor's case, on April 23, 2014.

5. On May 8, 2014, upon receipt of the Court's Dismissal Order and Notice of Dismissal through ECF, I first became aware that Debtor's Notice of Available Chapters had been erroneously omitted from Debtor's emergency petition. I immediately filed his original signed Notice of Available Chapters (docket number 13) as well as commenced preparing the within notice and motion to vacate prior order dismissing case, a request for order shortening time, and this supporting declaration.

///

6. If Debtor's Motion is not granted, there is a risk that Debtor's wages will continue to be garnished through no fault of his own.

7. No party will be adversely affected by the granting of Debtor's Motion which will merely correct a clerical error and provide Debtor with the relief he should be entitled to as well as his Fresh Start.

8. Upon entry of an order vacating the prior dismissal order, as requested, my office will coordinate with the Chapter 7 Trustee regarding service, by my office, of a continued 341(a) hearing from May 19, 2014 at 10:30 a.m. to a date which we will obtain from the Chapter 7 Trustee.

9. The alternative remedy of filing a new case is less efficient and more costly than proceeding with the within motion, because the filing of a second case will necessitate a second court filing fee as well as a motion to continue the automatic stay together with its court filing fee. Both options may require a hearing unless resolved by the court's tentative ruling.

I declare the above to be true under penalty of perjury.

Dated: May 8, 2014

Peter M. Lively

| In re:<br>Francis Estuardo Recinos<br>Debtor(s). | CHAPTER 7<br>CASE NUMBER 2:14-bk-16902-SK |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 11268 Washington Boulevard, Suite 203, Culver City, California 90230-4647.

A true and correct copy of the foregoing document entitled: APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE [LBR 9075-1(b)] will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 9, 2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On May 9, 2014, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on N/A, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/09/2014 | David Ramos | _/s/ David Ramos_ |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012      **F 9013-3.1.PROOF.SERVICE**

**DEBTOR:**
FRANCIS ESTUARDO RECINOS
11766 ALLIN STREET, APT. 113
CULVER CITY, CA 90230

**JUDGE:**
HONORABLE SANDRA KLEIN
U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
EDWARD ROYBAL FEDERAL BUILDING
255 E. TEMPLE STREET, SUITE 1582
LOS ANGELES, CALIFORNIA 90012-3332

**CREDITORS:**
AMERICAN HONDA FINANCE CORPORATION
P.O. BOX 60001
CITY OF INDUSTRY, CA 91716

AMERICAN HONDA FINANCE CORPORATION
C/O NCO FINANCIAL SYSTEMS, INC.
507 PRUDENTIAL ROAD
HORSHAM, PA 19044

ASSET RECOVERY SOLUTIONS
C/O LAW OFFICES OF ROBERT J. COLCLOUGH
8550 BALBOA BLVD., SUITE 232
NORTHRIDGE, CA 91325

LVNV FUNDING, LLC.
C/O LAW OFFICES OF ROBERT J. COLCLOUGH,
8550 BALBOA BLVD., SUITE 232
NORTHRIDGE, CA 91325

MICHAEL RUTLEDGE
C/O ACCLAIM RESOURCE PARTNERS
2714 MCGRAW
BLOOMINGTON, IL 61704

WELLS FARGO DEALER SERVICES
P.O. BOX 19733
IRVINE, CA 92623

WELLS FARGO DEALER SERVICES
C/O VITAL RECOVERY SERVICES, INC.
P.O. BOX 923748
NORCROSS, GA 30010